OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
1/14/2015 **PRIVATE USE**

UNITED STATES POSTAGE

PITNEY BOWES

02 1R       $ 00.26⁵
0002003152    JAN 15 2015
MAILED FROM ZIP CODE 78701

MCGEE, SHAWN ERIC    Tr. Ct. No. W00-51413-U (D)    WR-29,360-22

On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

SHAWN ERIC MCGEE
#14038762 NT-7W4

RETURN TO SENDER    U TF
NOT IN DALLAS COUNTY JAIL

AVRS3B  75266